**MARA W. ELLIOTT, CITY ATTORNEY**
GEORGE F. SCHAEFER, Assistant City Attorney
Lilys D. McCoy (CSB # 156918)
Office of the San Diego City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
Telephone: (619)- 533-5800
Email: *LMcCoy@sandiego.gov*
Attorneys for Defendant City of San Diego

**DREHER LAW FIRM**
Robert Scott Dreher (CSB# 120527)
350 W. Ash, Suite 101
San Diego, California 92101
Telephone: (619) 230-8828
Email: *scott@dreherlawfirm.com*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ISAIAH PROJECT, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO *et al*, <br><br> Defendants. | Case No. 09cv2699-BTM-WVG <br><br> **JOINT MOTION TO AMEND SETTLEMENT AGREEMENT DURING COVID-19 LOCAL HEALTH EMERGENCY** <br><br> Judge:  Hon. William V. Gallo <br> Room:  2125 |

COME NOW Plaintiffs, by and through their attorneys of record Dreher law Firm; Defendant City of San Diego, by and through its attorney Lilys McCoy, Deputy City Attorney; and Defendant Downtown San Diego Partnership, by and through its attorneys Dentons US, LLP, each having so agreed, and hereby move the Court as follows:

WHEREAS, the Settlement of this matter that was initially approved on November 22, 2011 and has since been revised with the agreement of the parties and approval of the Court on three prior occasions since. In the most recent amendment on May 17, 2018, the Court approved the addition of an additional Transitional Storage

Facility located in Sherman Heights and attendant significant number of additional storage spaces in concert with a reduction of the agreed 72-hour notice period for abatements to 3 hours.

WHEREAS, the 2018 amendments to the settlement agreement provide that the City is authorized to provide 3-hour notice of abatements only if there are storage bins available at the Sherman Heights Storage Connect Facility. (ECF No. 85). If no bins are available at that facility, the City must revert to providing 72-hours notice of abatements. *Ibid.*

WHEREAS, as of February 14, 2020, there were two confirmed cases of COVID-19 in San Diego County and the San Diego County Public Health Officer has determined that due to the large population and geographic location of San Diego County, combined with the worldwide spread of COVID-19, there was a potential threat of introduction of COVID-19 in San Diego County and declared a Local Health Emergency; and

WHEREAS, on February 19, 2020, the County Board of Supervisors ratified the Declaration of Local Health Emergency; and

WHEREAS, on March 12, 2020, the San Diego City Mayor issued a Declaration of Local Health Emergency for the City of San Diego; and

WHEREAS, on March 16, 2020, the San Diego City Council ratified the Mayor's Declaration of Local Health Emergency; and

WHEREAS, The Party representatives to the *Isaiah Project* settlement agreement have met and engaged in open dialogue and agree to modify the settlement agreement as outlined below during the pendency of the COVID-19 Local Health Emergency; and

///
///
///
///

1   WHEREAS, The Isaiah Project settlement agreement, and subsequent
2 amendments thereto including the 2018 amendments, provide that the City is
3 authorized to provide 3-hour notice of abatements in designated areas only if there are
4 storage bins available at the Sherman Heights Storage Connect Facility. (ECF No. 85).
5 If no bins are available at that facility, the City must revert to providing 72-hours notice
6 of abatements. *Ibid*.

7   THEREFORE, The Party representatives hereby agree that, in light of the
8 ongoing public health emergency, and in light of the City establishing and providing
9 between approximately 750 and 1500 additional storage spaces at the Convention
10 Center and/or Golden Hall for use by individuals experiencing homelessness in
11 essentially the same manner and times as those at the Sherman Heights Storage
12 Connect Center and the Think Dignity Transitional Storage Center, the City may
13 perform collection and removal of specific unattended property which may be
14 impeding the public right of way in the manner delineated in the Isaiah Project
15 settlement and the April, 2018 Amendment thereto, regardless of the availability of
16 storage space within the Sherman Heights Storage Connect Facility, with a three hour
17 notification period prior to such collection and removal, so long as the above-
18 referenced storage opportunities are available within the downtown area and allow for
19 retrieval of possessions without having to stand in lines or otherwise congregate in
20 ways that do not promote the social distancing described in the applicable guidelines
21 of the CDC and local emergency declarations as set forth above.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This agreement will remain in force and effect for as long as the City's Local Emergency due to COVID-19 is in effect and may be modified by the parties in writing.

Dated: April 20, 2020          **MARA W. ELLIOTT, City Attorney**

                                  By:   *s/Lilys D. McCoy*
                                            Lilys D. McCoy
                                            Deputy City Attorney

Dated: April 20, 2020          **DREHER LAW FIRM**

                                  By:   *s/Robert Scott Dreher*
                                            Robert Scott Dreher
                                            Attorneys for Plaintiffs

Dated: April 20, 2020          **DENTONS US, LLP**

                                  By:   *s/Rachel L. Ross*
                                            Rachel L. Ross
                                            Attorneys for Downtown SD Partnership

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert Scott Dreher, counsel for Plaintiffs, and to Rachel L. Ross, counsel for defendant Downtown San Diego Partnership, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: April 20, 2020         **MARA W. ELLIOTT, City Attorney**

By  *s/Lilys D. McCoy*
      Lilys D. McCoy
      Deputy City Attorney

Attorneys for Defendants