# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ISAIAH PROJECT, INC., et al., | Case No.: 09cv02699 BTM (WVG) |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| CITY OF SAN DIEGO, et al. | |
| Defendants. | |

I, the undersign, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individual/s below the following documents:

- **JOINT MOTION TO AMEND SETTLEMENT AGREEMENT DURING COVID-19 LOCAL HEALTH EMERGENCY**

in the following manner:

1)  By personally serving the individual named by personally delivering the copies to the offices of the addressee.

    Time of delivery: _____ a.m./p.m.

2)  By placing a copy in a sealed envelope addressed to Plaintiff at and placing it for collection and mailing with the United States Postal Service this same day, at my business address of 1200 Third Avenue, Suite 1100, San Diego, CA 92101, following ordinary business practices.

3)  By electronic service, I served the above referenced documents by e-mail to Plaintiffs at the addresses listed below:

4) XX  By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California to:

| | |
|---|---|
| Robert Scott Dreher, Esq.<br>Dreher Law Firm<br>350 West Ash, Suite 101<br>San Diego, CA 92101<br>scott@dreherlawfirm.com<br><br>*Attorneys for Plaintiffs* | James E. Gibbons, Esq.<br>Manning & Kass Ellrod Ramirez & Trester LLP<br>801 S Figueroa, 15th Floor<br>Los Angeles, CA 90017<br>jeg@manningllp.com<br><br>*Attorneys for Defendant Downtown San Diego Partnership, Inc.* |

David Blair-Loy, Esq.
ACLU Foundation of San Diego
& Imperial Counties
P.O. Box 87131
San Diego, CA 92138-7131
dblairloy@aclusandiego.org

*Attorneys for Plaintiffs*

Executed: April 20, 2020, at San Diego, California.

_____
NATASHA MCBRIDE