UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ISAIAH PROJECT, INC., et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  09-CV-2699-BTM-WVG<br><br>**ORDER ON JOINT MOTION TO AMEND SETTLEMENT DURING COVID-19 LOCAL HEALTH EMERGENCY** |

   Having read the Joint Motion to Amend Settlement Agreement During Covid-19 Local Health Emergency and for good cause shown, the Court hereby ORDERS that the Class Settlement Agreement is amended as set forth in the Parties' Signed Proposed Amendment to Settlement Agreement.

   **IT IS SO ORDERED.**

Dated: May 4, 2020

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge